AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MELISSA FARRIS<br>DOB: xx/xx/xxxx<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mj-00140
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 8/14/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 13, 2026_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Willfully Injured or Committed a Depredation against Property of the United States. |
| 18 U.S.C. § 1369 | Destruction of Veterans' Memorial. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Edmund, Detective, USPP
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: _____08/14/2026_____

_____
*Judge's signature*

City and state: _____Washington, DC_____      Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*