AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
MELISSA FARRIS

*Defendant*

) Case: 1:26-mj-00140
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 8/14/2026
) Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MELISSA FARRIS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Willfully Injured or Committed a Depredation against Property of the United States.

18 U.S.C. § 1369 - Destruction of Veterans' Memorial.

Date: 08/14/2026

[signature]
*Issuing officer's signature*

City and state: Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/14/26 , and the person was arrested on *(date)* 8/14/26
at *(city and state)* Alexandria, VA .

Date: 8/14/26

[signature]
*Arresting officer's signature*

Jonah Ernst DUSM
*Printed name and title*

**Date:** 8/14/26 **Case:** 1:26mj324 **Time:** 2:06-2:10 p.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500** **Court Reporter:**

**Hearing:** R5/R40

**Eastern District of Virginia**
**Alexandria Division**
**United States of America**
**v.**
Melissa Farris

**Participants**
**USA**: April Russo

**Defense Counsel**: Ann Rigby-Duty FPD

**Court to appoint counsel**: **For limited purposes of Rule 40 in EDVA** ☐Conflict

**Language**: **Interpreter**:

☐Defendant did not appear ☐Warrant to be issued upon probable cause statement
☐Government motion to continue hearing – GRANTED

**Advisement**

x-Rule 5 Due Process Protections Act

**Dismissal**

☐Case dismissed with prejudice ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally) Plea entered, Court accepts plea
Plea of Guilty to Count(s): ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

Matter set for bench trial: ☐Matter set for jury trial:
☐Motions due : ☐Responses due:
Govt adduced evidence and rests Trial held and completed
☐Not Guilty of Count(s): Guilty of Count(s):
☐Dismissal of Count(s): Deft advised of appeal rights
Sentence:

**Future Proceedings**

**Notes:** USA seeks detention-Granted. Deft waived Identity Hearing and requests to address charges in the District of Columbia. Deft remanded to USMS to be be transported to charging district.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED IN OPEN COURT

AUG 14 2026

CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT

for the

United States of America
v.
Melissa Farris.
*Defendant*

Case No. 26-MJ-140.

Charging District's Case No. 1:26-mj-324

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District for the District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- ☐ an identity hearing and production of the warrant.
- ☐ a preliminary hearing.
- ☐ a detention hearing.
- ☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ~~☐ detention~~ hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Aug 14 '26

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Ann Mason Rigby
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

FILED
~~IN OPEN COURT~~
AUG 14 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT

for the

United States of America
v.
Melissa Farris
*Defendant*

Case No. 1:26-mJ-324

Charging District's Case No. 1:26-mJ-00140

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ______ District of Columbia,
*(if applicable)* — division. The defendant may need an interpreter for this language:
______.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: August 14, 2026

[signature]
*Judge's signature*

/s/
William E. Fitzpatrick
United States Magistrate Judge
W. Fitzpatrick, USMJ
*Printed name and title*

Query Reports Utilities Help What's New Log Out

# U.S. District Court
# Eastern District of Virginia - (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-00324-WEF-1

| | |
|---|---|
| Case title: USA v. Farris | Date Filed: 08/14/2026 |
| Other court case number: 1:26-mj-00140 District of Columbia | Date Terminated: 08/14/2026 |

---

Assigned to: Magistrate Judge William E. Fitzpatrick

**Defendant (1)**

**Melissa Farris**
*TERMINATED: 08/14/2026*

represented by **Ann Mason Rigby**
Office of the Federal Public Defender (Alexandria)
1650 King St
Suite 500
Alexandria, VA 22314
703-600-0800
Fax: 703-600-0880
Email: ann_rigby@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2026 | 1 | Rule 40 Documents/Arrest Warrant Returned Executed as to Melissa Farris. (tfitz, ) (Entered: 08/14/2026) |
| 08/14/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge William E. Fitzpatrick: USA appeared through April Russo. Deft appeared with Duty FPD: Ann Rigby. Initial Appearance as to Melissa Farris held on 8/14/2026. Deft informed of rights, charges and penalties. Court to appoint counsel-FPD (for limited purposes of Rule 40 in EDVA). USA seeks detention-Granted. Deft waived Identity Hearing and requests to address charges in the District of Columbia. Deft remanded to USMS to be transported to charging district. (Tape #FTR.)(tfitz, ) (Entered: 08/14/2026) |
| 08/14/2026 | 3 | CJA 23 Financial Affidavit by Melissa Farris (tfitz, ) (Entered: 08/14/2026) |
| 08/14/2026 | 4 | WAIVER of Identity Hearing by Melissa Farris (tfitz, ) (Entered: 08/14/2026) |
| 08/14/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Melissa Farris. Defendant committed to District of Columbia. Signed by Magistrate Judge William E. Fitzpatrick on 8/14/26. (tfitz, ) (Entered: 08/14/2026) |
| 08/14/2026 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER (for limited purposes of Rule 40 in EDVA) as to Melissa Farris. Ann Mason Rigby for Melissa Farris appointed. Ordered by Magistrate Judge William E. Fitzpatrick on 8/14/26. (tfitz, ) (Entered: 08/14/2026) |
| 08/14/2026 | | All documents sent to District of Columbia via Inter District email on 8/14/26. (tfitz, ) (Entered: 08/14/2026) |