**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 26-MJ-140 (MJS)** |
| **v.** | : | |
| | : | |
| **MELISSA FARRIS** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Charles Klug, who may be contacted by telephone on 202-730-6872 or e-mail Charles.Klug@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: /s/ *Charles Klug*

Charles Klug
DC Bar No. 1619775
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-730-6872
Charles.Klug@usdoj.gov