**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MELISSA FARRIS,**<br><br>**Defendant.** | **Case No. 26-mj-00140** |

**<u>GOVERNMENT'S NOTICE OF RESPONSE TO DEFENDANT'S MOTION</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits that it will file a Response to the Defendant's Motion for Return of Property (Dkt. No. 3) by end of day tomorrow, August 18, 2026. Because the cell phone was used during the defendant's offenses and the Government intends to introduce the cell phone and its contents at trial, the Government opposes the Defendant's motion to return her phone. The Government will file a formal opposition by end of day tomorrow.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: *<u>/s/ Samuel M .Deau</u>*
Charles Klug
D.C. Bar No. 1619775
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
Charles.Klug@usdoj.gov
Telephone: 202-730-6872

Samuel M. Deau
Assistant United States Attorney
DC Bar No. 90042268
Phone: 202-803-1643
samuel.deau@usdoj.gov